Daniel A. Nardoni (Bar No. 94201)
E-Mail: dan@nardonilaw.net
215 N. Marengo Avenue
Suite 328
Pasadena, California 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873

Attorney for Defendant
BOLATITO TAWAKALITU AGBABIAKA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>BOLATITO TAWAKALITU AGBABIAKA,<br><br>   Defendant. | Case No. 21-CR-00203-ODW-5<br><br>**STIPULATION TO TEMPORARILY RELEASE THE DEFENDANT'S PASSPORT FOR HER IMMIGRATION INTERVIEW AND THEN HAVE IT RETURNED UPON CONCLUSION OF INTERVIEW** |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Khaldoun Shobaki, and defendant Bolatito Tawakalitu Agbabiaka, by and through her attorney of record, Daniel A. Nardoni, that Officer Sandra M. Marin of the U.S. Pretrial Services for the District of New Jersey temporarily release the defendant's passport to the defendant for the purpose of the defendant's immigration interview on November 12, 2021. Further, at the conclusion of the defendant's immigration appointment, the defendant is ordered to promptly return her passport to Officer Sandra M. Marin of the U.S. Pretrial Services for the District of New Jersey.

////

1    Defendant Miss Agbabiaka had previously surrendered her passport to pretrial services following her arrest. Pretrial services currently has possession of the defendant's passport. The defendant is here in the United States on a green card. Her stay under her green card has expired and she needs to get an extension. The defendant has scheduled an appointment with Immigration Services for November 12, 2021, at 10:00 A.M. She needs to present her passport to the immigration staff member in order to have her passport stamped with the green card extension.

    The defendant seeks to have her passport temporarily released to her prior to the scheduled meeting, either November 11 or November 12, 2021, for the purpose of this scheduled appointment.

    FURTHER, the defendant shall promptly return her passport on November 12, 2021, to Pretrial Services at the conclusion of her immigration appointment.

Respectfully submitted,

Daniel A. Nardoni
Attorney at Law

DATED: November 4, 2021        By  /s/ Daniel A. Nardoni
                                    DANIEL A. NARDONI
                                    Attorney for BOLATITO TAWAKALITU
                                    AGBABIAKA


                                    TRACY WILKINSON
                                    Acting United States Attorney


DATED:  November 4, 2021        By  /s/ Khaldoun Shobaki (via email authorization)
                                    KHALDOUN SHOBAKI
                                    Assistant United States Attorney

2