Daniel A. Nardoni (Bar No. 94201)
E-Mail: dan@nardonilaw.net
215 N. Marengo Avenue
Suite 328
Pasadena, California 91101
Telephone: (626) 578-9872
Facsimile: (626) 578-9873

Attorney for Defendant
BOLATITO TAWAKALITU AGBABIAKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>BOLATITO TAWAKALITU AGBABIAKA,<br><br>             Defendant. | Case No. 21-CR-00203-ODW-5<br><br>**EX PARTE APPLICATION TO TEMPORARILY RELEASE THE DEFENDANT'S PASSPORT AND FOR DEFENDANT TO RETURN HER PASSPORT TO PRETRIAL SERVICES** |

Defendant BOLATITO TAWAKALITU AGBABIAKA, by and through her attorney of record, Daniel A. Nardoni, hereby applies *ex parte* to this Court for an Order having Officer Sandra M. Marin of the U.S. Pretrial Services for the District of New Jersey temporarily release the defendant's passport to the defendant for the purpose of the defendant's immigration interview on November 16, 2021. At the conclusion of the defendant's meeting with U.S. Department of Immigration/ Office of Homeland Security, she will immediately return her passport to Pretrial Services.

////

This application is based on the attached declaration of Daniel A Nardoni and the exhibit thereto, the files and records in this case, and any additional evidence or argument that may be presented to the Court prior to ruling on this application. A proposed order has been filed concurrently with this application.

Respectfully submitted,

Daniel A. Nardoni
Attorney at Law

DATED: November 12, 2021          By  /s/ *Daniel A. Nardoni*
                                  DANIEL A. NARDONI
                                  Attorney for BOLATITO TAWAKALITU AGBABIAKA

**DECLARATION OF DANIEL A. NARDONI**

I, Daniel A. Nardoni, declare as follows:

1. I am the attorney appointed to represent Defendant Agbabiaka in the instant matter.

2. On November 5, 2021, I filed a Stipulation with the Court in which the parties agreed that the Defendant's passport should be temporarily released to the Defendant for the purpose of her appointment on November 12, 2021 at the U.S. Department of Immigration /Office of Homeland Security where the Defendant needed to present her passport. This Court signed the Order on November 5, 2021 authorizing the temporary release of the passport.

3. Pretrial Services released the passport to the Defendant who went to the scheduled appointment at the U.S. Department of Immigration/ Department of Homeland Security. At the appointment on November 12, 2021, the immigration officer was unable to access the Defendant's file due to computer problems and re-scheduled her appointment for next Tuesday, November 16th, when she is to report again with her passport. (See attached Exhibit 1, copy of the document given to Defendant by the U.S. Department of Immigration/ Department of Homeland Security setting the new appointment time.)

4. At the conclusion of the November 12, 2021 meeting with immigration, defendant Bolatito Agbabiaka promptly returned her passport to Officer Sandra M. Marin of the U.S. Pretrial Services for the District of New Jersey. Pretrial Services currently has possession of the defendant's passport.

5. I was informed by the AUSA assigned to this case, Khaldoun Shobaki, that he was leaving the country on on November 11, 2021. Nonetheless, I have emailed and called his office in an effort to ascertain his position with regard to this ex parte application.

6. Pretrial Services Officer Sandra Marin was contacted and stated to the defendant that she will need another court order to temporarily release the defendant's passport for the upcoming scheduled November 16, 2021 meeting with immigration.

7. In summary, the defendant is requesting that Pretrial Services temporarily release the defendant's passport to her for the newly scheduled meeting on November 16, 2021. This request is made with the understanding that the defendant shall promptly return her passport to Officer Sandra M. Marin of the U.S. Pretrial Services for the District of New Jersey at the conclusion of the

1 | November 16, 2021 meeting with immigration.

2 |  I declare under penalty of perjury that the foregoing is true and correct.

3 |  Executed this 12th day of November, 2011, at Pasadena, California.

By  /s/ *Daniel A. Nardoni*

DANIEL A. NARDONI
Attorney for BOLATITO TAWAKALITU AGBABIAKA

BOLATITO AGBABIAKA
53 NETCALF ST
STATEN ISLAND, NY 10304
Enter a space or additional address info.

File Number: A207278959
Enter a space or additional A#
Enter a space or additional A#
Date: November 12, 2021

Please come to the USCIS office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| Office Location (Include Room No. and Floor No.) | Customer Service Unit 3rd Floor – Room 3-120 Window 1 26 Federal Plaza (Please use Lafayette St. entrance) New York, NY 10278 |
| Date and Hour | 11/16/2021 at 9:00 am |
| Ask for | SISO PANETTA |
| Reason for Appointment | Review of your Application |
| Bring with You | Government Issued Photo ID Identification |
| COVID-19 Safety Precautions | To ensure the health and safety of all who enter USCIS offices, you must take the following safety precautions when arriving for your interview:<br>• DO NOT arrive more than 15 minutes prior to your interview time. You will not be permitted entry into the office until 15 minutes before your interview<br>• You and anyone permitted to come with you to your interview must wear a face covering that covers the mouth and nose https://www.uscis.gov/about-us/uscis-visitor-policy<br>• Bring a black or blue ink pen with you to your interview |

*It is important that you keep this appointment and bring this letter with you. If you are unable to do so, state your reason, sign below and return this letter to this office at once.*

I am unable to keep the appointment because:

Sincerely,

Timothy J. Houghton
District Director
New York District

Date

Exhibt 1