1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOLATITO TWAKALITU AGBABIAKA,<br><br>　　　　Defendant. | Case No. 21-CR-00203-ODW-5<br><br>**ORDER TO TEMPORARILY RELEASE DEFENDANT'S PASSPORT AND PROMPTLY RETURN** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

(1) Officer Sandra M. Marin of Pretrial Services for the District of New Jersey is ordered to temporarily release the passport belonging to defendant Bolatito Twakalitu Agbabiaka to the defendant, Bolatito Twakalitu Agbabiaka, for the purpose of her scheduled appointment on November 16, 2021, with the U.S. Immigration Services.

(2) Defendant Bolatito Twakalitu Agbabiaka is hereby ordered to promptly return

1

her passport to Officer Sandra M. Marin of Pretrial Services on November 16, 2021, at the conclusion of her meeting with the U.S. Immigration Services.

DATED: November 15, 2021

By: *[signature]*
HON. OTIS D. WRIGHT, II
United States District Judge